FILED

12/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

FILED

DEC 1 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0619

| | |
|---|---|
| SUSAN JOHNSON, DAVE JOHNSON, KATHY RICH, SUSAN HINKINS, RICHARD GILLETTE, LINDA FULLER, LARRY JENT, JULIE JENT, RICHARD J. CHARRON, KRISTIN CHARRON, <br><br> Plaintiffs and Appellees <br><br> v. <br><br> ALPHA SIGMA PHI (MONTANA STATE UNIVERSITY CHAPTER), and CITY OF BOZEMAN, <br><br> Defendants and Appellants. | **ORDER GRANTING DEFENDANT AND APPELLANT CITY OF BOZEMAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellant City of Bozeman has moved this Court, pursuant to Mont. R. App. P. 26, for a 30-day extension, from December 29, 2023, up to and including January 29, 2024, in which to file its Opening Brief in this matter. The other parties do not oppose the motion.

IT IS HEREBY ORDERED that Appellants shall have up to and including January 29, 2024, to file its opening brief.

**ELECTRONICALLY SIGNED BELOW**

1